# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>   Defendants. | Case No.: 1:18-cv-00101-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION<br><br>[ECF Nos. 3, 8, 10, 17, 22] |

   Plaintiff Lawtis Donald Rhoden is a civil detainee appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On February 13, 2018, the Magistrate Judge issued Findings and Recommendation recommending denial of Plaintiff's motions for a temporary restraining order and/or preliminary injunction. The Findings and Recommendation were served on Plaintiff and contained notice that objections were to be filed within thirty days. Plaintiff filed objections on March 1, 2018.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on February 13, 2018, is adopted in full; and

2. Plaintiff's motions for a temporary restraining order and/or preliminary injunction are denied.

IT IS SO ORDERED.

Dated: **March 8, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE