# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00101-LJO-SAB (PC)<br><br>**AMENDED DISCOVERY AND SCHEDULING ORDER**<br><br>New Discovery Deadline: **June 27, 2019**<br>New Dispositive Motion Deadline: **August 27, 2019** |

Plaintiff Lawtis Donald Rhoden is a civil detainee appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 22, 2019, the Court granted Plaintiff's motion to amend the complaint to add Stephen Heggen as a Defendant and add a claim for violation of his First Amendment right to attend religious services or otherwise practice his right to religion in violation of the Religious Freedom Restoration Act (RFRA) of 1993. (ECF No. 45.) The Court directed that the fifth amended complaint be filed, ordered service by the United States Marshal on Defendant Heggen, and granted Defendants Ahlin and Price thirty days to file an amended answer. (Id.)

On February 21, 2019, Defendant Price filed an amended answer to the fifth amended complaint. In light of the amendment of the complaint and amended answer, the Court will modify the discovery and scheduling order issued on August 27, 2018.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The new discovery deadline is **June 27, 2019**;
2. The new dispositive motion deadline is **August 27, 2019**; and
3. <u>All other provisions set forth in the Court's February 21, 2019, discovery and scheduling order remain in full force and effect</u>.

IT IS SO ORDERED.

Dated: **March 4, 2019**

UNITED STATES MAGISTRATE JUDGE