# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>        Defendants. | Case No.: 1:18-cv-00101-LJO-SAB (PC)<br><br>ORDER EXTENDING THE AMENDED DISCOVERY AND SCHEDULING ORDER TO DEFENDANT STEPHEN HEGGEN |

Plaintiff Lawtis Donald Rhoden is a civil detainee appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Pam Ahlin and Brandon Price for due process violation and against Defendants Brandon Price and Stephanie Heggen for denial of free exercise of religion. On March 4, 2019, the Court issued an amended discovery and scheduling order. (ECF No. 49.) On March 12, 2019, Defendant Stephanie Heggen filed a timely answer to the complaint. Heggen. (ECF No.

///

///

///

///

///

1

Inasmuch as Defendant Stephanie Heggen, filed an answer to the complaint after the issuance of the amended discovery and scheduling order, it is hereby extended and made applicable Defendant Heggen. Further, all provisions set forth therein remain in full force and effect.

IT IS SO ORDERED.

Dated: __**March 13, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE