# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00101-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE<br><br>[ECF Nos. 50, 51] |

Plaintiff Lawtis Donald Rhoden is a civil detainee appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2019, the Magistrate Judge filed a Findings and Recommendations recommending that Plaintiff's motion for summary judgment be denied, without prejudice. The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within fourteen days. Plaintiff filed objections on March 20, 2019.

///
///
///
///
///

1

Plaintiff's objections do not alter the Court evaluation of the record or the March 11, 2019 Findings and Recommendations. Plaintiff cannot attempt to cure the defects in his motion for summary judgment by way of filing objections to the Findings and Recommendations. In any event, Plaintiff merely argues the merits of his claims and submits discovery documents without a sufficient showing that there are no genuine issues of material facts in dispute. Fed. R. Civ. P. 56(1); Local Rule 260(a).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on March 11, 2019, are adopted in full; and
2. Plaintiff's motion for summary judgment, filed on March 7, 2019, is denied, without prejudice.

IT IS SO ORDERED.

Dated: **March 25, 2019**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE