UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>       Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF STATE HOSPITALS,<br>et al.,<br><br>       Defendants. | Case No.: 1:18-cv-00101-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO SUPPLEMENT THE COMPLAINT WITH LEGAL AUTHORITY<br><br>[ECF No. 57] |

Plaintiff Lawtis Donald Rhoden is a civil detainee appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for leave to file supplemental legal authority in support of his complaint, filed April 22, 2019.

On January 22, 2019, the Court granted Plaintiff's motion to amend the complaint to add Defendant Stefanie Heggen as a Defendant and to add a fourth cause of action for a violation of his right to practice his religion in violation of the First Amendment.

///

///

///

///

///

1

Plaintiff does not provide any supplemental legal authority and it is not clear why he feels he needs to do so in light of the fact that the Court allowed him to amend the complaint and add a claim under the First Amendment. Further, Plaintiff need not cite legal authority to support his claim. Plaintiff's factual allegations are accepted at true and need not be bolstered by legal authority at the pleading stage. Accordingly, Plaintiff's motion to supplement the fifth amended complaint with additional legal authority is denied.

IT IS SO ORDERED.

Dated:   **April 23, 2019**

UNITED STATES MAGISTRATE JUDGE