# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWTIS DONALD RHODEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00101-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>[ECF No. 61] |

　　　Plaintiff Lawtis Donald Rhoden is a civil detainee appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Defendants' motion to extend the time to file a dispositive motion, filed July 25, 2019.

　　　Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file a dispositive motion is extended to October 7, 2019.

IT IS SO ORDERED.

Dated: __**July 26, 2019**__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1